# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2227

USA v. Ahmad Singletary

(U.S. District Court No.: 3:25-cr-00087-001)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 29, 2025
AMR/cc: Mark E. Coyne, Esq.
Tatiana S. L. Nnaji, Esq.
Melissa E. Rhoads

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate